# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DEVIN BURIES | ) | Case No. 1:24-MJ-381 |
| | ) | |
| | ) | **UNDER SEAL** |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between on or about  September 14, 2023 and November 15, 2023  in the city/county of _____ Fairfax _____

in the _____ Eastern _____ District of _____ Virginia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2)/(b)(1) | Knowingly received and attempted to receive material involving the sexual exploitation of minors. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Laura Withers, Assistant U.S. Attorney
_____
*Printed name and title*

_____
*Complainant's signature*

Remy M. Walsh, Special Agent
Federal Bureau of Investigation
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone _____ *(specify reliable electronic means)*.

Date:  9/23/2024 _____

_____
*Judge's signature*

City and state:  Alexandria, Virginia _____

Hon. William E. Fitzpatrick, U.S. Magistrate Judge
_____
*Printed name and title*