11719683

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DEVIN BURIES, | ) | Case No. 1:24-CR-252 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  **DEVIN BURIES**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Advertising Visual Depictions of Minors Engaging in Sexually Explicit Conduct in violation of 18 U.S.C. § 2251(d)(1)(A) and (e), Attempted Distribution of Material Involving the Sexual Exploitation of Minors in violation of 18 U.S.C. § 2252(a)(2) and (b)(1), Receipt of Material Involving the Sexual Exploitation of Minors in violation of 18 U.S.C. § 2252(a)(2) and (b)(1), and Possession of Material Involving the Sexual Exploitation of Minors in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

Date: 11/26/24

_____
Issuing officer's signature

City and state: Alexandria, Virginia

D. Estevez, Deputy Clerk
Printed name and title

---

**Return**

This warrant was received on (date) 11.16.24, and the person was arrested on (date) 09.19.25
at (city and state) Alexandria, Virginia.

Date: 09.22.25

_____
Arresting officer's signature

Jason Lewiston (DHS)
Printed name and title