IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | |
| | ) | |
| DEVIN BURIES, | ) | Case No. 1:24-MJ-381 |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Remy M. Walsh, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since April 2021, and I am currently assigned to the Washington Field Office, Northern Virginia Resident Agency, Crimes Against Children Task Force. Since joining the FBI, I have assisted in the investigation of and investigated violations of federal law involving organized crime, drug trafficking, extra-territorial crime, and terrorism. I am currently assigned to investigate federal violations concerning child pornography and the sexual exploitation of children. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256), including computer media.

2. As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States. Moreover, I am a federal law enforcement officer who is authorized to enforce federal criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A.

3.      The facts and information in this Affidavit are based upon information that I obtained during this investigation and information that has been provided to me by other law enforcement sources.  Since this Affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to support an arrest warrant and criminal complaint.

4.      I submit this affidavit in support of a criminal complaint charging DEVIN BURIES (BURIES) with receipt and attempted receipt of material involving the sexual exploitation of minors, in violation of 18 U.S.C. § 2252(a)(2)/(b)(1).  Specifically, while residing in the Eastern District of Virginia, between on or about September 14, 2023, and on or about November 15, 2023, BURIES knowingly received and attempted to review material involving the sexual exploitation of minors via an internet-based peer to peer program operating on the BitTorrent file sharing system.

## BITTORRENT FILE SHARING NETWORK

5.      Peer-to-Peer (P2P) file sharing is a method of communication available to Internet users through the use of special software.  Computers linked together through the Internet using this software form a network that allows for the sharing of digital files between users on the network.  These P2P networks are commonly referred to as decentralized networks because each user of the network is able to distribute information and queries directly through other users of the network, rather than relying on a central server to act as an indexing agent, where all of the information is first deposited before it is distributed.  A user first obtains the P2P software, which can be downloaded from the Internet.  In general, P2P software allows the user to set up files on a computer to be shared with others running compatible P2P software.  However, only files that are

specifically stored in shared folders are exchanged. Therefore, a user needs simply to move a file from one folder to another to stop the distribution across the Internet. Further, once a file or files are placed in a shared folder, its distribution is dependent only on the machine being turned on, the file sharing software being initiated, and the computer being connected to the Internet.

6. BitTorrent is one type of P2P file sharing software. Users of the BitTorrent network wishing to share new content will use a BitTorrent program to create a "torrent" file for the file or group of files they wish to share. A torrent file is a small file that contains information about those file(s) to be shared and provides a method for a user to download the file(s) referenced in the torrent from other BitTorrent users. Torrent files are typically found as the result of keyword searches on Internet sites that host or link to them. Torrent files may be referenced by their "infohash," which uniquely identifies the torrent based on the file(s) associated with the torrent file. To download file(s) from other users on the BitTorrent network, a user typically obtains a torrent file. The BitTorrent software processes the information in the torrent file and locates devices on the BitTorrent network sharing all or parts of the actual file(s) being sought. The download of the content referenced in the torrent is achieved after the requesting computer and the sharing computer(s) directly connect to each other through the Internet using the BitTorrent software.

7. The BitTorrent network bases all of its file shares on the Secure Hash Algorithm (SHA-1). The SHA-1 hash is the current Federal Information Processing and Digital Signature Algorithm. This mathematical algorithm allows for the digital fingerprinting of data. A torrent file is not the actual digital content but, instead, it defines the files to be shared as a series of contiguous pieces. The SHA-1 hash value for each "piece" of the torrent file is contained within the torrent file, as well as filenames, file sizes, and other data. Once you check a file or files with

an SHA-1 hashing utility capable of generating this SHA-1 value (the fingerprint), that will be a fixed-length unique identifier for that file or files. The SHA-1 is secure because it is computationally infeasible for two files with different content to have the same SHA-1 hash value.

8. Once a needed piece is downloaded via the BitTorrent network, the SHA-1 hash value of that piece is checked against the value within the torrent file. As soon as a piece is downloaded and verified, the software makes that piece available to upload to other peers who need and request it. This means that a user can share pieces of a file before they have the entire collection of files designated by the torrent file. Basically, a user can share the pieces they have if they don't have every piece identified by the torrent file.

9. One of the advantages of P2P file sharing is that multiple files may be downloaded at the same time. In addition, a user may download pieces of one file from more than one source computer at a time. For example, a BitTorrent user downloading a movie file may actually receive pieces of the movie from multiple computers. The advantage of this is that it speeds up the time it takes to download the file. It is possible to also download the file or files from only one computer.

10. A P2P file transfer is assisted by reference to an Internet Protocol ("IP") address. This address is unique to a particular computer during an online session. The IP address provides a unique location making it possible for data to be transferred between computers.

## **RELEVANT STATUTES**

11. Based upon my training, experience, and discussions with federal prosecutors that I have worked with on this and other similar investigations, I have learned that:

    a. 18 U.S.C. § 2252(a)(2) and (b)(1) prohibits any person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any visual depiction

using any means or facility of interstate or foreign commerce, or that has been mailed or shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproducing any visual depiction for distribution using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce or through the mails, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

## **DEFINITIONS**

12. The following definitions apply to this Affidavit:

    a. "Child pornography," as defined in 18 U.S.C. § 2256(8), is any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

    b. "Internet Protocol address" or "IP address," as used herein, refers to a unique number used by a computer or other digital device to access the Internet. IP addresses can be "dynamic," meaning that the Internet service provider ("ISP") assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be "static" if an ISP assigns a user's computer a particular IP address that is used each time the computer accesses the Internet.

    c. "Minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

        d.        "Sexually explicit conduct," as defined in 18 U.S.C. § 2256(2), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person.

        e.        "Visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

## SUMMARY OF PROBABLE CAUSE

13.    In or about September 2023, an online covert employee (OCE) with the FBI used a law enforcement tool to review a list of IP addresses that had been recorded recently sharing infohashes containing known or suspected child pornography on the BitTorrent P2P file sharing network. The infohashes were designated as (1) containing known or suspected child pornography based on observations by law enforcement personnel or (2) containing an identified victim of child pornography based on identification by the National Center for Missing and Exploited Children (NCMEC). The law enforcement tool indicated that IP address ▇▇▇▇▇▇.73 (hereinafter "SUBJECT IP") was used to share infohashes containing known or suspected child pornography images and videos.

14.    On or about September 21, 2023, the SUBJECT IP was connected to the BitTorrent P2P network and, using the law enforcement tool, the FBI OCE was able to connect directly to the SUBJECT IP and completely or partially download several files depicting children engaged in sexually explicit conduct, including the following:

    a. The file identified as "▮▮▮▮▮▮▮▮▮▮" within the "▮▮▮▮▮▮▮▮▮▮" subfolder is a video which depicts two nude prepubescent girls sitting on a bed. The video begins with the camera directed toward the prepubescent girls' genitals. At various other points in the video, the camera is again directed toward the prepubescent girls' genitals and anus.

    b. The file identified as "▮▮▮▮▮▮▮▮▮▮" within the "▮▮▮▮▮▮▮▮" subfolder is a video file which depicts two prepubescent girls entering a room. Later in the video, the two prepubescent girls take off their clothing and expose their genitals. At various points after the two prepubescent girls take off their clothes, the camera is directed toward each of their genitals.

     i. In the video immediately following "▮▮▮▮▮▮▮▮▮▮," labeled "▮▮▮▮▮▮▮▮," the same two prepubescent girls appear to be directed to bend their legs exposing their genitals. At this point in the video, as well as various points later in the video, the camera focuses on the two girls' genitals.

    c. The file identified as "▮▮▮▮▮▮▮▮" within the "▮▮▮▮▮▮▮▮▮▮" subfolder is a video of a nude prepubescent girl laying on a red blanket. The video begins with the camera directed toward the prepubescent girl's genitals. At various points throughout the video, the prepubescent girl appears to be directed to bend her legs into a position that would expose her genitals. At various points after, the camera focuses on the prepubescent girl's genitals.

  15. On October 4, 2023, pursuant to an administrative subpoena, subscriber records were obtained for the SUBJECT IP from September 21, 2023, through September 23, 2023. Verizon disclosed that during the time of the downloads described in paragraphs 14(a), 14(b), 14(b)(i), and 14(c), the SUBJECT IP was assigned to "devin buries" and the internet service was

provided at "███████████ FALLS CHURCH, VA, 220430000." This address is within the Eastern District of Virginia.

16.     On November 14, 2023, The Honorable William E. Fitzpatrick, United States Magistrate Judge in the Eastern District of Virginia, signed a warrant authorizing the search of the residence located at ███████████, Falls Church, Virginia 22043 (1:23-SW-679). The FBI executed that search warrant on November 15, 2023. Several devices were seized during the execution of the search warrant, to include computers, laptops, hard drives, and mobile devices.

17.     On November 15, 2023, Devin Buries was interviewed. During the interview BURIES told investigators the room that contained the CM Storm computer (DEVICE 1) was his room and he was the primary user of DEVICE 1. Specifically, DEVICE 1 was mostly used by BURIES because his spouse had their own computer. BURIES reported DEVICE 1 was password protected and he was the only person with the password.

18.     Following the execution of this search warrant, members of the FBI Washington Field Office Computer Analysis Response Team began a forensic exam of DEVICE 1, which had been found within BURIES's bedroom at the ███████ residence. I reviewed a forensic image of DEVICE 1 and found a BitTorrent log maintained on DEVICE 1. The log included an initial entry date of on or about September 14, 2023, and a final qBittorrent log entry on or about October 4, 2023.

19.     According to the log, on or about September 14, 2023, DEVICE 1 "Added new torrent. Torrent "███████████████████████████."" In my training and experience, "Added new torrent" means the user has started downloading the associated torrent file to the system. ███████, also known as ███████, is a well-known child pornography internet photo and video series originally based in Ukraine. The log included another log entry of "Torrent

download finished. Torrent: "▮."" In my training and experience, "Torrent download finished" means the torrent file or folder has finished downloading, the file or folder has been saved, and it can now be accessed by the user.

20.  A search of "▮" in the forensic image of DEVICE 1 revealed a subfolder with the same name, "▮."[1] A few examples of the images within the "▮" folder are described as follows:

   a. DEVICE 1 folder: ▮

      i.   Image Name: ▮

      ii.  Description: ▮ depicts a nude prepubescent female, based on the female's small frame and lack of breast development and pubic hair. The prepubescent female is laying on her side with her chest and vagina exposed, and her legs spread, further exposing her vagina. "▮" and ▮ are displayed in the upper right corner of the image.

   b. DEVICE 1 FOLDER: ▮

      i.   Image Name: ▮

      ii.  Description: ▮ depicts a nude prepubescent female, based on the female's small frame and lack of breast development and pubic hair. with her chest and vagina exposed. The prepubescent female is laying on a bed with one leg bent in a position, further exposing her vagina. ▮ and ▮ are displayed in the upper left corner of the image.

---

[1] The subfolder "▮" appeared to be saved under an additional folder and an additional subfolder located on DEVICE 1. The full file path for the images found in the "▮" subfolder are "New Volume\New folder\▮

21. Further review of DEVICE 1 revealed over approximately 18,000 images or videos of suspected child pornography. A few examples of the additional images or videos found on DEVICE 1 are described as follows:

    a. DEVICE 1 Folder: Epic Games\GTAV\New folder\▮▮▮▮▮▮▮\New folder (8)

        i. SHA1 Hash: ▮▮▮▮▮▮▮3c0f1

        ii. File name: ▮▮▮▮▮▮▮

        iii. Description: ▮▮▮▮▮▮▮ depicts a nude prepubescent female, based on the female's small frame and lack of breast development and pubic hair. The video first depicts a prepubescent female sitting on a couch with her legs spread rubbing her vagina with her fingers. The prepubescent female appears to have a pink plastic object inserted into her anus. The video later cuts to a scene with a prepubescent female laying across the lap of a nude adult male. The minor female has a black object inserted into her anus. The video continues to cut to multiple other scenes depicting sexual acts involving minors to include one scene in which an adult male penis is penetrating the mouth of a prepubescent female. The subsequent scene depicts an adult male ejaculating on the face of the prepubescent female.

    b. DEVICE 1 Folder: New Volume\New ▮▮▮▮▮▮▮ video

        i. SHA1 Hash: ▮▮▮▮▮▮▮563d22

        ii. File Name: ▮▮▮▮▮▮▮

        iii. Description: The video depicts two nude prepubescent females, based on the females' small frame and lack of breast development and pubic hair, laying on a bed. As the video continues, the minors can be seen moving around on the bed and eventually off of

the bed. At multiple points in the video, the camera zooms in on the vaginal area of the prepubescent females.

      c.    DEVICE 1 Folder: New Volume\New folder\▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ video

          i.    SHA1 Hash: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮399f8

          ii.    File Name: ▮▮▮▮▮▮▮

          iii.    Description: The video depicts two nude prepubescent females, based on the females' small frame and lack of breast development and pubic hair, in a bathtub. At multiple points in the video the prepubescent minors can be seen spreading their legs, further exposing their vaginas. At multiple points in the video, the camera zooms in on the vaginal area of the prepubescent minors.

    22.    On or about September 2, 2024, law enforcement received information ▮▮▮ ▮▮▮▮▮▮▮ that BURIES had traveled to Ukraine to become a member of the Ukrainian Army. BURIES sent ▮▮▮▮▮ the following message over Facebook Messenger:

> "I am not going to be back for quite a while. I am now in Ukraine and will be volunteering my medical services to whoever will accept them. This may include the Ukrainian Army if they will take me. In the pst few weeks, I have verified that both of my life insurance policies are still active and current, meaning that upon my death you'll get a million dollars, should that happen. I have thought long and hard about the repercussions of these actions and am very sorry for the hardship this will put you through. I am, of course, despairing of what this will do to the kids, but feel like this is my last opportunity to do something meaningful with what remaining days of freedom that I have. I left the RAV4 around the corner on Griffith next to Olney park. Keys are in the glove box. It's filled with things you can sell which I did t have a chance to. I love all of you." (typos in original)

It appears that BURIES traveled to Ukraine to avoid being arrested by federal law enforcement. Analysis of travel records confirmed that BURIES boarded a flight out of Washington Dulles

International Airport for Amsterdam Airport Schiphol on August 31, 2024, at approximately 6:00 p.m.

## CONCLUSION

23.  For the reasons set forth below, I submit that probable cause exists to believe that between on or about September 14, 2023, and on or about November 15, 2023, while residing in the Eastern District of Virginia, BURIES knowingly received and attempted to receive material involving the sexual exploitation of minors via an internet-based peer to peer program operating on the BitTorrent file sharing system. I respectfully request that a criminal complaint be issued for BURIES.

Respectfully submitted,

_____
Remy M. Walsh, Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 via telephone on September 23, 2024.

_____
Hon. William E. Fitzpatrick
United States Magistrate Judge